UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re: | Case No. 15-22379GLT
BRIAN F. MCHENRY | Chapter 13
| Document #_____
Debtor(s) |
Ronda J. Winnecour, Trustee |
Movant |
vs. |
BRIAN F. MCHENRY |

Respondent(s)

### TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING
### DISMISSAL OF CASE

Ronda J. Winnecour, Standing Chapter 13 Trustee, respectfully represents the following:

1.     The debtor(s)' plan is in material default, in that the payments required by the plan have not been made.

2.     The plan currently requires the debtor(s) to pay to the Trustee the sum of $1,715 per month.

3.     The plan is $7320 in arrears, including the payment due for the month of February 2017.

WHEREFORE, the Trustee requests that this case be dismissed without prejudice.

02/21/2017                                         /s/ Ronda J. Winnecour
                                                   RONDA J WINNECOUR PA ID #30399
                                                   CHAPTER 13 TRUSTEE WD PA
                                                   600 GRANT STREET
                                                   SUITE 3250 US STEEL TWR
                                                   PITTSBURGH, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Case No. 15-22379GLT
BRIAN F. MCHENRY                                    Chapter 13

                    Debtor(s)
Ronda J. Winnecour, Trustee                         Related to Document No._____
                    Movant
        vs.
BRIAN F. MCHENRY

                Respondent(s)

## ORDER

        AND NOW, this _____ day of _____, 20____, the Court
having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses
thereto, the following relief (as reflected by the checked boxes below) is **ORDERED,
ADJUDGED and DECREED:**

☐        This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief
         under any chapter for a period of 180 days from the date of this Order.

☐        This case is **DISMISSED**, without prejudice.

         If either of the above provisions is checked, indicating that this case is being dismissed, then it is
         **FURTHER ORDERED** as follows:

   A.        Each wage attachment issued in this case is now terminated. So that each employer
             knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this
             Order on each employer and file a proof of service within 10 days of the date of this
             Order.

   B.        This case is administratively closed. However, Court retains jurisdiction over the
             Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon
             submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and
             Account, the Trustee is discharged from her duties in this case and this case will be
             closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)    the time deadline provided by state law; or

(2)    30 days after the date of this notice.

☐    This case is not dismissed. The plan term is extended to a total of __ months; the monthly plan payment amount is changed to $_____ effective_____ .

☐    This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ with / _____ without prejudice, without further notice or hearing.

☐    Other: _____
_____
_____
_____
_____
_____

BY THE COURT:

Dated : _____          _____
                                              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Case No. 15-22379GLT
BRIAN F. MCHENRY                                Chapter 13

                Debtor(s)
Ronda J. Winnecour, Trustee
                Movant
        vs.
BRIAN F. MCHENRY

        Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Trustee's Certificate of Default with proposed order of Court upon the following, by regular United States mail, postage prepaid, addressed as follows:

BRIAN F. MCHENRY
2404 MAGEE ROAD EXT
SEWICKLEY, PA  15143

MICHAEL C EISEN ESQ
M EISEN & ASSOCIATES PC
6200 BABCOCK BLVD
PITTSBURGH, PA  15237


02/21/2017                          /s/ Renee Ward

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com