# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | BRIAN F. MCHENRY |
| **Case Number:** | 15-22379-GLT     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 11, 2017 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matters:*

1) #45 - Trustee's Certificate of Default to Dismiss
   R / M #:  45 / 0

2) #48 - Amended Plan Dated 4/7/2017 (FC)
   R / M #:  48 / 0

### *Appearances:*

Debtor:
Trustee:  Winnecour  /  Bedford  /  (Pail /)  Katz

Creditor:

*Eisen*

RECEIVED
2017 MAY 11  P 12: 25
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____
7. __X__ Plan/Motion continued to _7/6/17_ at _9:30_ .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

5/5/2017     8:46:39AM