# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** BRIAN F. MCHENRY
- **Case Number:** 15-22379-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 19, 2018 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matters:*

1) #53 - Trustee's Certificate of Default to Dismiss
   R / M #: 53 / 0

2) #56 - Amended Plan Dated 6/29/2018 (FC)
   R / M #: 56 / 0

### *Appearances:*

Debtor: Eisen
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### *Proceedings:*

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ___, ___, effective ___ ___.
#53 #56  7. ✓ Plan/Motion continued to Oct. 11 2018 at 10:00.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

RECEIVED 2018 JUL 19 P 12:32 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

7/10/2018   3:59:03PM