# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|            |            |            |            |
|------------|------------|------------|------------|
| **Debtor:** | BRIAN F. MCHENRY | | |
| **Case Number:** | 15-22379-GLT | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 11, 2018 10:00 AM | 3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

### *Matters:*

2)  #56 - Continued Confirmation of Plan Dated 6/29/2018 (FC)
    R / M #:  56 / 0

1)  #53 - Continued Trustee's Certificate of Default to Dismiss
    R / M #:  53 / 0

### *Appearances:*

Debtor:  *Epstein*
Trustee:  Winnecour / Pail / (Katz) / Desimone

Creditor:

*Trustee's calc indicate payments need to go to $3034.*

*Payments do not appear to be feasible.*

### *Proceedings:*

Outcome:

1.  _____ Case Converted to Chapter 7
2.  _____ Case Converted to Chapter 11
3.  _____ Case Dismissed without Prejudice
4.  _____ Case Dismissed with Prejudice
5.  _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6.  _____ The plan payment/term is increased/extended to _____, effective _____.
7.  _____ Plan/Motion continued to _____ at _____.
8.  _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
         Objections are due on or before _____.
         A hearing on the Amended Plan is set for _____ at _____.
9.  _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

*Trustee requests that case be dismissed for lack of feasibility*

*Plan arrears $21550 thru 9/18*

10/3/2018   4:07:30PM